AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JOHN FREDERICK BLACK | ) Case No.  4:26mj10-MAF |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Between January 11-14, 2026__ in the county of __Leon__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1470 | Attempted Transfer of Obscene Material to Minors |

This criminal complaint is based on these facts:

See Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Derek Farniok, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  01/27/2026

_____
*Judge's signature*

City and state:  Tallahassee, Florida

Martin A. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*

RCV'D USDC FLND TL
JAN 27 '26 PM5:00



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.     Case No. 4:26mj10-MAF

JOHN FREDERICK BLACK

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Derek Farniok, being duly sworn, depose and state the following:

## I.   INTRODUCTION

1. I have been employed as a Special Agent with Homeland Security Investigations since August 4, 2019. Furthermore, I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center. Prior to Employment with Homeland Security Investigations, I was employed with the Midland Police Department in Midland, Texas, for approximately two and a half years as a Patrol Officer, and received 704 hours of training from the Permian Basin Law Enforcement Academy. I also possess a bachelor's degree in criminology from the University of Oklahoma.

2. I have also received training in various criminal investigative techniques involving financial investigations, drug investigations, the execution of search warrants, and other methods related to criminal investigations. I have received training from the Federal Law Enforcement Training Center and other law



1

enforcement agencies in the areas of child pornography investigations. As part of my current duties, I investigate criminal violations relating to child sexual exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A, 2422. I have had the opportunity to observe and review numerous examples of child Coercion and Enticement in various forms of media including computer media. In preparation of this affidavit, I have discussed the facts of this case with other law enforcement agents/officers within HSI and at local law enforcement agencies. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 1470, 2251, 2252, 2252A, and 2422.

3. This affidavit, made in support of a criminal complaint charging John Frederick Black, contains evidence in violation of 18 U.S.C. 1470 (Attempted Transmission of Obscene Material to a Minor).

4. The facts in this affidavit come from my review of the facts of this case from reading the reports of investigation, my training and experience, and information obtained from other agents/investigators and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for this Criminal Complaint and associated arrest requested warrant, and does not set forth all of my knowledge about this matter.

## II.   FACTS ESTABLISHING PROBABLE CAUSE

5.   On January 27, 2026, I was provided with the following information from Leon County Sheriff's Office Detective Nick Kelly regarding information related to his criminal investigation:

On January 11, 2026, I was actively engaging in an ongoing undercover chat operation on social media platforms aimed at identifying and locating adults who were actively targeting minors for sexual purposes. I was acting in an undercover capacity and utilized the persona of a 13-year-old female named "Callie" on the online communication application, "kik." Images of detective Ciara Mercado with the Leon County Sheriff's Office were utilized.

Kik user (sgtblack96) sent UC a direct message initiating contact. His profile picture was of a shirtless bald white male with dark colored salt and pepper beard and mustache standing in front of a white interior door. Tattoos were visible on his upper torso and both upper arms along the biceps. Tattoo on his chest read, "Scarred by Life" and the tattoo along his torso was of Jesus on the cross. The individual was identified to be John Frederick Black (DOB: 8/9/1979) based on his Texas driver's license.

The following is a portion of the messages exchanged via kik:

January 11, 2026:
Black: Hello beautiful **heart eyes emoji** How's it going
Black: You look great **smiling face emoji**
UC: Heyyy thnx im callie. U from Florida too?
Black: No I'm in Houston Texas. My name's John
……
Black: Just on the north side of Houston
……

3

UC: What's ur username mean?
Black: I was a sergeant in the Marines
UC: Oh ur not anymore??
Black: No. I've been out for 23 years
……
***Black sent image of himself shirtless on a couch with his face visible***
……
***Black sent video of himself shirtless on a couch hand gesturing a kiss with his face visible***

<u>January 12, 2026</u>:

UC: Heyy sry I didn't tell u how old I was
Black: Lol That's okay. You too young? **tongue sticking out emoji**
Black: I don't think I told you how old I was either
Black: I'm probably too old
UC: I forgot an usually say..sry u probably b mad
Black: Nah. Not mad. How old are you
UC: 13 **smiling face emoji**
Black: Oh wow lol
Black: I'm 46
Black: More than three times your age lol
Black: Not gonna liie though. From what I can see, you look pretty hot.
UC: Oh really I didn't know it thought u were like 30
UC: Thnx **smiling face emoji** ur not mad?
Black: Nope

***Black sent image of himself balling his fist in a flexing stance with only underwear and his penis partially visible through the thin underwear material with his face visible***

Black: I'd give you a big strong hug if you were here **kissing face emoji**
UC: Don't hurt me lol
Black: Lol
UC: Im not that big lol
Black: Never. I'm 6'00" 215. I bet you're a sexy petite thing with nice hips **two kissing face emojis** Would be fun to wrap my arms around
UC: oh im just 5'4
Black: mmmmm perfect
UC: I play a lot of soccer

4

Black: Love athetic bodies. Pretty sure I'd love yours **smiling face emoji**
Awwwww. You're sweet

***Black sent image of himself standing up with only underwear on and his penis partially visible through the thin underwear material with visible tattoo along his lower torso that read, "those who bled for us"***

***Black sent image of the backside to display his tattoos fully nude***

January 13, 2026:

UC: In my last class **smiling face emoji**
Black: Nice. How much longer?
UC: 430 **sad face emoji** feels like forever
Black: 25 more minutes. That's late for school. They get out by 3-330 in Texas
UC: Middle school?
Black: All school
……..
***Black sent image of himself shirtless lying on a bed with his face visible***
……..
***Black sent image of himself shirtless sitting up in bed with navy blue bed sheets covering the lower portion of his body with the bed sheet positioned in the shape of a penis in the area of his penis with his face visible***
Black: Wish you were coming to snuggle with me **kiss face emoji and tongue sticking out emoji**
……
UC: Would anyone see me come in?
Black: Hell no **tongue sticking out emoji**
Black: Would be our secret
UC: They wouldn't see me walk in?
Black: Most people aren't staring through their windows all day **tongue sticking out**

***Black sent image of himself shirtless lying in bed posing with his arm behind his head with his face visible***
……
UC: R u embarrassed of me?
Black: Lol no
Black: 13 year olds walking into a 46 year olds house looks suspicious though **tongue sticking out emoji**

5

……
Black: Bout to take a shower

*\*\*\*Black sent image of him shirtless standing in a shower with his face visible\*\*\**

……

*\*\*\*Black sent a nude image of himself on a couch with a blanket partially covering his penis with part of his penis exposed with his face visible\*\*\**

UC: U mean to have your uh stuff showing?
Black: Oh sorry, must have popped out. Happens sometimes. It's pretty big
…..
Black: Did you want me to mean to? \*\*tongue sticking out emoji\*\*
UC: Thts completely new to me so idk. Up to u
Black: hmmmm. Not gonna lie. It gets pretty hard when we're talking and I'm looking at you \*\*smiling face emoji and tongue sticking out emoji\*\*
…..
UC: Thnx \*\*smiling face emoji\*\* I'll try! Anything in particular u want to see?
Black: Anything that shows your whole body and beautiful face \*\*smiling face emoji\*\*
…..
Black: I suppose I can show you all of me \*\*smiling face emoji\*\*
UC: Ok I'll figure it out lol

*\*\*\*Black sent an image of him fully nude holding his erected penis while sitting on a couch with his face visible\*\*\**

Black: There's the rest \*\*kissing face emoji\*\*
UC: I think u meant to send that one lol
Black: I did lol
Black: How could you tell
UC: Why does it look wet?
Black:\*\*tongue sticking out emoji\*\* It got really hard talking to you so I put some coconut oil on it
UC: Y u put tht on it??
Black: Yeah. So I could stroke it. I'll show you.

*\*\*\*Black sent video of him masturbating fully nude on a couch with his face visible\*\*\**

……

6

Black: Did you like watching it?
UC: Yeah I mean im 13 so it's crossing my mind more and more
Black: Lol, yeah that's about the age my dick started getting hard all the time lol
Black: It feels good to play with it
Black: And I like thinking about you playing with it
UC: Ud want me to? I'd need a little guidance on wat to do
Black: Of course. And I'd enjoy showing you

***Black sent video of him fully nude masturbating on a couch with his face visible***

Black: You just put some oil on it
Black: Grip it firmly
Black: Then slide your hand up and down it
Black: You'd probably need to use both hands though
Black: While you're doing that you can suck it like you would a lollipop
Black: Rust also feels good
Black: And you just do that until the cum shoots out
Black: That not rust
Black: Lol
UC: What do u do with the cum tho??
Black: Well you can let it shoot all over my stomach, or your tits, or in your mouth
UC: Anyone say how it tastes?
UC: Is it messy?
Black: Depends on the guy. But it's mostly just salty
Black: Doesn't taste bad if you have a healthy diet
Black: And yeah, it's messy
UC: Ehh notva fan of salty things
Black: If you're not going to swallow it, best to have a towel or some tissues available
Black: Then on your tits it is **tongue sticking out emoji**
Black: I'll clean you up after
UC: Yeah I don't want tht staying on me if it's messy

***Black sent a video of him fully nude masturbating from the view of camera looking up with his face visible***

Black: Have no fear
Black: I'll get a warm wash cloth and get it off you

7

UC: Ur way over there in Texas anyways lol
Black: One can dream **tongue sticking out emoji**
Black: I'm gonna cum for you so you can see **two kssing face emojis**

*** Black sent a video of him masturbating until he ejaculated with dark colored tattoos visible along his lower torso without his face visible. The tattoo was consistent with the lower torso tattoo visible on a previous image Black sent***

UC: That wasn't that much
Black: No it wasn't bad. The volume fluctuates based on how much you cum in any given period of time
Black: The longer you wait, the more there is etc
UC: Ooo I gotcha
Black: **tongue sticking out emoji** I've kept you up way too long
……
UC: Thnx **smiling face emoji** ttyl
Black: Sounds good **smiling face emoji**


An address for Black was located out of Houston, Texas at 5723 Kansas Street, Houston, Texas, 77007. The residence appeared to be a condo with beige interior walls and an arch cut out in the living room. Based on the images and videos received, Black created the images and videos from inside the residence.

Kik provided records in response to a state (Florida) search warrant that included communication between Black and the UC. The subscriber information provided email address sgtblack79@yahoo.com with first name "sgtblack96." Black consistently provided the same name, location, body description, and images to numerous individuals on Kik. IP addresses provided from the account were from January 11-14, 2026. The records indicated that the IP address was associated with Wi-Fi (via Comcast Cable Communications) or mobile cellular data (via Verizon) in or around Houston,

8

Texas. The images and videos provided with the search warrant return indicated that the account was created and controlled by Black.

Records were obtained from Yahoo! in response to a state subpoena for records. Responsive records included subscriber information that included email address sgtblack79@yahoo.com and indicated the account was still active since it was created on October 5, 2002. The name listed on the account was "John Black" with an address (1414 Richmond #3003, Houston, Texas, 77006 – an address previously listed for Black). The listed recovery email address was sgtblack79@gmail.com and phone number (713-703-5649) were shown to be "verified" on June 11, 2025. The IP addresses provided by Yahoo! for logins between January 11-20, 2026, belong to a block of addresses related to Comcast Cable Communications. Legal process to Comcast Cable Communications regarding the IP addresses is pending.

The investigation revealed that a Houston Police Department report was generated on October 23, 2019, in reference to a missing person. The report referred to telephone number 713-703-5649 for Deputy John Black. Several times in that report, John was referred to as a deputy or a detective.

On January 26, 2026, officers with the Houston Police Department arrested Black on an arrest warrant issued by a judge in Leon County regarding the above-listed allegations. Detectives with the Houston Police Department's Internet Crimes Against Children (ICAC) unit conducted a post-*Miranda* interview of Black. During the interview, Black admitted to being the operator of the Kik profile "sgtblack96." Black further admitted to transmitting explicit images and videos as described above. Black claimed that he disregarded the age of any Kik user with whom he communicated.

### III. CONCLUSION

6.  Based upon the aforementioned facts, I submit that there is probable cause to believe that between January 11-14, 2026, John Frederick Black did attempt to transmit obscene material to a minor less than 16 years of age, in violation of Title 18, United States Code, Section 1470.

Derek E. Wilson Farniok
Special Agent
Homeland Security Investigations

Subscribed and sworn before me this 27th day of January, 2026.

MARTIN A. FITZPATRICK
United States Magistrate Judge