UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:26–mj–00067 |
| § | |
| John Frederick Black § | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Northern District of Florida, Tallahassee division, in 4:26–mj–67.**

The defendant will retain an attorney.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: February 5, 2026

_____
Dena Hanovice Palermo
United States Magistrate Judge

Government moved for detention and Defendant detained after a hearing in District of arrest.